■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRAVIS JOSEPH, Appellant. [766 NYS2d 366] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Reichbach, J.), rendered September 12, 2000, convicting him of manslaughter in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress statements made by the defendant to law enforcement officials.

Ordered that the judgment is affirmed.

It is well settled that a police officer's use of guile and deception need not render a defendant's statements involuntary absent a showing that the deception was so fundamentally unfair as to deny due process or that a promise or threat was made that could induce a false confession (*see People v Tankleff,* 84 NY2d 992 [1994]; *People v Tarsia,* 50 NY2d 1 [1980]). Contrary to the defendant's contention, the deception employed by the detective to obtain his statements did not deprive him of due process or otherwise render them involuntary (*see People v Louis,* 239 AD2d 435 [1997]; *People v Ingram,* 208 AD2d 561 [1994]; *People v Foster,* 193 AD2d 692, 693 [1993]; *see also People v Anderson,* 42 NY2d 35, 38 [1977]).

The defendant's remaining contentions either are unpreserved for appellate review or without merit. Santucci, J.P., S. Miller, Goldstein and Cozier, JJ., concur.